## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANDREW WEDER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 23-cv-3779-SMY |
| ) | |
| **DAVID PHILLIPS and REBUILDER** ) | |
| **MEDICAL INC.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| **DAVID PHILLIPS,** ) | |
| ) | |
| Counterclaim Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **ANDREW WEDER,** ) | |
| ) | |
| Counterclaim Defendant. ) | |
| ) | |
| **DAVID PHILLIPS,** ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **WILLIAM C. WEDER and MARINE** ) | |
| **COIN COMPANY, LLC,** ) | |
| ) | |
| Third-Party Defendants. ) | |

### JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the parties' Joint Motion and Stipulation of Dismissal (Doc. 52) and the Order of Dismissal (Doc. 53), all claims are **DISMISSED WITH PREJUDICE.** Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  July 7, 2025**

                                                **MONICA A. STUMP,**
**Clerk of Court**

**By: s/Stacie Hurst, Deputy Clerk**

**Approved:**

_____
**STACI M. YANDLE**
**United States District Judge**